# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BAHATI BEY,

               Plaintiff,

v.

STATE OF NEVADA, *et al.*,

               Defendants.

Case No. 2:25-cv-00189-MMD-DJA

ORDER

      Pro se Plaintiff Bahati Bey, brings this action under 42 U.S.C. § 1983 and the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. Before the Court is United States Magistrate Judge Daniel J. Albregts' Report and Recommendation (ECF No. 6 ("R&R")), recommending that the Court dismiss this case without prejudice. Plaintiff had until September 8, 2025 to file an objection. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R in full and will dismiss this case without prejudice.

      Because there was no objection, the Court need not conduct de novo review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Albregts recommends dismissal without prejudice because Plaintiff filed an incomplete application to proceed *in forma pauperis* (ECF No. 4) and the Court ordered Plaintiff to file an updated application or pay the filing fee by April 23, 2025. (ECF No. 5 ("Order").) Because Plaintiff has not complied with the Order and has not filed anything further on the docket, Judge Albregts recommends dismissing Plaintiff's case without prejudice pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 6 at 1-2.) The Court is satisfied that Judge Albregts did not clearly err.

1   It is therefore ordered that Judge Albregts' Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 17th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE